Robert L. Volz (CA Bar No: 209704)
SAAD AHMAD & ASSOCIATES
39159 Paseo Padre Parkway, Suite 307
Fremont, CA 94538
Telephone: (510) 713-9847
Fax: (510) 713-9850

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| Hasan Farooq Shaikh, | ) |
| Plaintiff, | ) |
| v. | ) Case No. C07-00506 ~~CW~~ MEJ |
| Alberto Gonzales, Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security; Eduardo Aguirre, Director of United States Citizenship & Immigration Services; Michael Mueller, Director of the Federal Bureau of Investigations; Christina Poulos, Acting Director of the California Service Center, | ) STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND ~~[PROPOSED]~~ ORDER<br><br>INS A# 096-338-394 |
| Defendants | ) |

Plaintiff, by and through his undersigned counsel, and Defendants, by and through their attorneys of record, hereby stipulate to extend the time for Plaintiff to file his Motion for Summary Judgment in this case. Due to inadvertent miscommunication, Plaintiff believed that Defendants intended to file a Motion to Dismiss, rather than Plaintiff filing a Motion for Summary Judgment. Plaintiff and Defendants propose the following revised schedule for Plaintiff's motion:

Plaintiff's Motion for Summary Judgment:            August 16, 2007

Defendant's Opposition/Cross-Motion:            August 30, 2007

Plaintiff's Reply/Opposition:            September 13, 2007

Defendant's Reply:            September 20, 2007

1

| | | |
|---|---|---|
| 1 | Hearing: | October 4, 2007, 2:00 p.m. |

Respectfully submitted,

Dated: July 16, 2007

      __s/Robert Volz_____
      Robert L. Volz
      SAAD AHMAD & ASSOCIATES
      Attorney for Plaintiff

Dated:  July 16, 2007

      __s/Edward Olsen_____
      Edward A. Olsen
      Assistant United States Attorney
      Attorney for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the time for Plaintiff to file his Motion for Summary Judgment, and for Defendants to respond thereto, be extended to the dates listed in the above schedule, and the hearing currently scheduled on August 23, 2007, be continued to October 4, 2007 at 2:00 p.m.

Dated:  July 19, 2007

      _____
      MARIA-ELENA JAMES
      United States Magistrate Judge