Robert L. Volz (CA Bar No: 209704)
SAAD AHMAD & ASSOCIATES
39159 Paseo Padre Parkway, Suite 307
Fremont, CA 94538
Telephone: (510) 713-9847
Fax: (510) 713-9850

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| Hasan Farooq Shaikh,<br><br>    Plaintiff,<br><br>v.<br><br>Alberto Gonzales, Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security; Eduardo Aguirre, Director of United States Citizenship & Immigration Services; Michael Mueller, Director of the Federal Bureau of Investigations; Christina Poulos, Acting Director of the California Service Center,<br><br>    Defendants | Case No. C07-00506 ~~CW~~ MEJ<br><br>STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND ~~[PROPOSED]~~ ORDER<br><br>INS A# 096-338-394 |

Plaintiff, by and through his undersigned counsel, and Defendants, by and through their attorneys of record, hereby stipulate to extend the time for Plaintiff to file his Motion for Summary Judgment in this case.  The Parties seek this extension because there is a possibility that the Citizenship & Immigration Services may resolve this case in the near future.  Plaintiff and Defendants propose the following revised schedule for Plaintiff's motion:

Plaintiff's Motion for Summary Judgment:                      October 16, 2007

Defendant's Opposition/Cross-Motion:                        October 30, 2007

Plaintiff's Reply/Opposition:                                      November 13, 2007

Defendant's Reply:                                                    November 20, 2007

| | |
|---|---|
| Hearing: | November 29, 2007, 2:00 p.m. |

Respectfully submitted,

Dated: August 13, 2007

                                                __s/Robert Volz_____
                                                Robert L. Volz
                                                SAAD AHMAD & ASSOCIATES
                                                Attorney for Plaintiff

Dated: August 13, 2007

                                                __s/Edward Olsen_____
                                                Edward A. Olsen
                                                Assistant United States Attorney
                                                Attorney for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the time for Plaintiff to file his Motion for Summary Judgment, and for Defendants to respond thereto, be extended to the dates listed in the above schedule, and the hearing currently scheduled on October 4, 2007, be continued to November 29, 2007 at ~~2:00 p.m.~~ 10:00 a.m.

Dated: August 14, 2007

                                                _____
                                                MARIA-ELENA JAMES
                                                United States Magistrate Judge