1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12  HASAN FAROOQ SHAIKH,                )
                                         )
13           Plaintiff,                  )   No. C 07-0506-MEJ
                                         )
14       v.                              )
                                         )
15  ALBERTO GONZALES, Attorney General   )
    of the United States;                )   **STIPULATION TO EXTEND DEADLINE**
16  MICHAEL CHERTOFF, Secretary of the   )   **FOR DEFENDANTS' OPPOSITION/**
    Department of Homeland Security;     )   **CROSS-MOTION FOR SUMMARY**
17  EDUARDO AGUIRRE, Director of United  )   **JUDGMENT**
    States Citizenship and Immigration Services; )
18  MICHAEL MUELLER, Director of the     )
    Federal Bureau of Investigations;    )
19  CHRISTINA POULOS, Acting Director    )
    of the California Service Center,    )
20                                       )
             Defendants.                 )
21  _____

22       The plaintiff, by and through his attorney, and defendants, by and through their attorneys,

23  hereby stipulate, subject to approval of the Court, to extend the deadline for defendants'

24  opposition/cross-motion for summary judgment from October 30, 2007, to November 2, 2007.

25

26

27

28

STIPULATION TO EXTEND DEADLINE
C07-0506 MEJ                              1

Dated: October 30, 2007                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants


Dated: October 30, 2007                /s/
ROBERT VOLZ
SAAD AHMAD & ASSOCIATES
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED


Dated: November 1, 2007                _____
MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION TO EXTEND DEADLINE
C07-0506 MEJ                            2