IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HASAN FAROOQ SHAIKH,

    Plaintiff(s),

 vs.

ALBERTO GONZALES, et al.,

    Defendant(s).

No. C 07-0506 MEJ

**ORDER CONTINUING SUMMARY JUDGMENT HEARING**

    This matter is currently scheduled for a summary judgment hearing on November 29, 2007. Please take notice that the Court hereby CONTINUES the hearing to December 6, 2007 at 10:00 a.m. in Courtroom B.  This continuance shall not affect the briefing schedule.

    **IT IS SO ORDERED.**

Dated: November 8, 2007

                                       MARIA-ELENA JAMES
                                       United States Magistrate Judge