IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HASAN FAROOQ SHAIKH,

    Plaintiff(s),

  vs.

ALBERTO GONZALES, et al.,

    Defendant(s).

No. C 07-0506 MEJ

**ORDER VACATING DECEMBER 6, 2007 SUMMARY JUDGMENT HEARING**

**ORDER TO SHOW CAUSE**

     This matter is currently scheduled for a hearing on December 6, 2007, regarding Plaintiff's motion for summary judgment and Defendants' cross-motion for summary judgment. However, Plaintiff has not filed an opposition to Defendants' cross-motion, nor has Plaintiff filed a reply in support of his own motion. Accordingly, the Court VACATES the December 6 hearing and ORDERS Plaintiff to show cause why sanctions should not be imposed, including dismissal pursuant to Federal Rule of Civil Procedure 41, for failure to prosecute. Plaintiff shall file a declaration by December 13, 2007, and the Court shall conduct a hearing on December 20, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

    **IT IS SO ORDERED.**

Dated: November 27, 2007

                                          MARIA-ELENA JAMES
                                          United States Magistrate Judge