IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN FAROOQ SHAIKH,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>ALBERTO GONZALES, et al.,<br><br>　　　　Defendant(s).<br>　　　　　　　　　　　　　　　　　　　／ | No. C 07-0506 MEJ<br><br>**ORDER VACATING ORDER TO SHOW CAUSE** |

On November 27, 2007, the Court issued an order to show cause as to why this case should not be dismissed for Plaintiff's failure to prosecute. The Court is now in receipt of Plaintiff's counsel's declaration in response. Good cause appearing, the Court VACATES the order to show cause. In his declaration, Plaintiff's counsel, Robert Volz, states that the legal issues in this case are thoroughly addressed, and that any reply brief or opposition to Defendants' cross-motion for summary judgment would simply be a restatement of those arguments. Accordingly, as Plaintiff has no arguments to make in response to Defendants' opposition and cross-motion, the Court finds a hearing on the parties' summary judgment motions unnecessary. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: November 29, 2007

　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge